IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHAWN MITCHELL,** | Case No. C 14-0863 PSG (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **K. KOCINSKI,** | |
| Defendant. | |

    On September 18, 2014, the Court ordered service of Plaintiff's Amended Complaint on Defendant Officer Kocinski.  The Court ordered Officer Kocinski to file any dispositive motion within 60 days after the date the waiver of service was sent (calculated to be November 25, 2014). (Order of Service at 5, ECF No. 11.)

    Officer Kocinski requested an additional sixty days, up to and including January 26, 2015, to file a dispositive motion.

    The Court has read and considered Officer Kocinski's request and the accompanying declaration of counsel, and finds good cause exists to grant the request.  Accordingly, IT IS ORDERED that Officer Kocinski's motion for extension of time is GRANTED.

    Plaintiff's opposition to Officer Kocinski's dispositive motion shall be filed with the Court and served upon Officer Kocinski no later than twenty-eight days after the Officer serves Plaintiff

with the motion. Officer Kocinski shall file a reply brief within fourteen days of the date on which Plaintiff serves the Officer with the opposition. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

SO ORDERED.

Dated: December 30, 2014

GRANTED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA