IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHAWN MITCHELL,** <br><br> Plaintiff, <br><br> v. <br><br> **K. KOCINSKI,** <br><br> Defendant. | Case No. C 14-0863 VC <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

    This is a prisoner-civil-rights lawsuit regarding alleged retaliation in violation of the First Amendment of the U.S. Constitution by Defendant Officer Kocinski against Plaintiff Deshawn Mitchell, a California inmate.

    Officer Kocinski was originally ordered to file a dispositive motion by November 25, 2014. Officer Kocinski requested and the Court granted a sixty-day extension of time for Officer Kocinski to file a dispositive motion, up to and including January 26, 2015. (ECF No. 21.)

    The Court has read and considered the Joint Stipulation for a Second Extension of Time and the accompanying declaration of Kocinski's counsel, and finds that good cause exists to grant the request. Accordingly, IT IS ORDERED that the Joint Stipulation for Extension of Time is GRANTED.

1  Officer Kocinski's dispositive motion shall be filed by February 25, 2015.  Plaintiff's
2  opposition to Officer Kocinski's dispositive motion shall be filed with the Court and served upon
3  Officer Kocinski no later than twenty-eight days after Officer Kocinski serves Plaintiff with the
4  motion.  Officer Kocinski shall file a reply brief within fourteen days of the date on which
5  Plaintiff serves the opposition.  The motion shall be deemed submitted as of the date the reply
6  brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

   SO ORDERED.

10  Dated: February 12, 2015

   _____
   The Honorable Vince Chhabria