RECEIVED
MAR 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DESHAWN MITCHELL,
    PLAINTIFF,

vs.

K. KOCINSKI,
    DEFENDANT.

CASE NO: C 14-0863 VC

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION MOTION

THIS IS A PRISONER-CIVIL-RIGHTS LAWSUIT REGARDING ALLEGED RETALIATION IN VIOLATION OF THE FIRST AMENDMENT OF THE U.S. CONSTITUTION BY DEFENDANT OFFICER KOCINSKI AGAINST PLAINTIFF DESHAWN MITCHELL, A CALIFORNIA INMATE.

PLAINTIFF DESHAWN MITCHELL WAS ORIGINALLY ORDERED TO FILE PLAINTIFF'S OPPOSITION MOTION BY MARCH 25, 2015.

THE COURT HAS READ AND CONSIDERED THE JOINT STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION MOTION AND THE ACCOMPANYING DECLARATION OF DESHAWN MITCHELL, AND FIND THAT GOOD CAUSE EXISTS TO GRANT THE REQUEST. ACCORDINGLY, **IT IS ORDERED** THAT THE JOINT STIPULATION FOR EXTENSION OF

(1)

1  TIME TO FILE PLAINTIFF'S OPPOSITION MOTION IS **GRANTED.**

2

3  PLAINTIFF'S OPPOSITION MOTION SHALL BE FILED WITH THE COURT
4  AND SERVED UPON OFFICER KOCINSKI BY APRIL 25, 2015. OFFICER
5  KOCINSKI SHALL FILE A REPLY BRIEF WITHIN FOURTEEN DAYS OF THE
6  DATE ON WHICH PLAINTIFF SERVES THE OPPOSITION. THE MOTION SHALL
7  BE DEEMED SUBMITTED AS OF THE DATE THE REPLY BRIEF IS DUE. NO
8  HEARING WILL BE HELD ON THE MOTION UNLESS THE COURT SO ORDERS
9  AT A LATER DATE.

10
11  **SO ORDERED.**

12
13
14
15  DATED: April 2, 2015



IT IS SO ORDERED
Judge Vince Chhabria