IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHAWN MITCHELL,**<br><br>                              Plaintiff,<br><br>v.<br><br>**K. KOCINSKI,**<br><br>                              Defendant. | Case No. C 14-0863 VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL REPORT UNDER SEAL AND FOR IN CAMERA REVIEW** |

    On February 25, 2015, Defendant K. Kocinski moved for summary judgment.  In connection with the motion, Defendant seeks, in accordance with this District's Civil Local Rules 7-11 and 79-5(b), to file under seal the exhibit attached to the declaration of K. Kocinski in support of the Motion for Summary Judgment, Confidential Exhibit A.  The Court has considered Defendant's motion, including the document at issue submitted for in camera review, and the declaration of K. Kocinski filed in support of Defendant's sealing request.  Defendant has established that the information he seeks to file under seal implicates legitimate safety and security concerns and should be protected from disclosure to Plaintiff and the public.

    Accordingly, the Court grants Defendant's motion for administrative relief to file certain document under seal.

1  The Clerk is instructed to maintain under seal the following: Confidential Exhibit A, which is attached to the declaration of K. Kocinski in support of Defendant's Administrative Motion for an Order to File Confidential Document Under Seal. The foregoing material shall be maintained under seal until the conclusion of this case and any appellate proceedings, after which time they should be returned to defense counsel.

IT IS SO ORDERED.

Dated: August 25, 2015

_____
The Honorable Vince Chhabria
United States District Judge